

## NUMBER 13-14-00668-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**ENRIQUE VILLA,** **Appellant,**

**v.**

**ELIZABETH ORTIZ VILLA,** **Appellee.**

---

### On appeal from the 267th District Court
### of De Witt County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Enrique Villa, attempted to perfect an appeal from a judgment entered by the 267th District Court of De Witt, County, Texas, in cause no. 10-08-21,636. Upon review of the documents before the Court, it appeared that there is no final, appealable judgment. On November 25, 2014, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct this defect, if it could be done. *See* TEX. R. APP.

P. 37.1, 42.3.   Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction.   No response has been received from appellant.

In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute.   *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).   Because there is no final judgment or order subject to appeal, the notice of appeal is premature.   *See* Tex. R. App. P. 26.1, 27.1(a)

Appellant has not demonstrated that a written order has been signed. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.   *See* TEX. R. APP. P. 42.3(a)(c).

PER CURIAM

Delivered and filed the
22nd day of January, 2015.